TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP.
Bruce D.M. Prescott, Esq. (#120980)
Daphne C. Lin, Esq. (#193214)
Madonna A. Herman, Esq. (#221747)
2201 Walnut Avenue, Suite 200
Fremont, California 94538
Telephone: (510) 790-0900
Facsimile: (510) 790-4856

Attorneys for Plaintiffs JOHN M. MCKENZIE individually
and as Stockholder Representative of the Contingent
Payment Rights Under That Certain Agreement and
Plan of Reorganization Dated as of May 16, 1997;
TIMOTHY KADO and JANYCE KIPLINGER KADO,
Trustees of the Timothy and Janyce Kiplinger Kado
Family Trust under Trust Agreement Dated
December 23, 1992; EUGENE W. ALBERT;
and PHILIP L. GREGORY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN M. MCKENZIE; et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FRESENIUS MEDICAL CARE AG, et al.,<br><br>    Defendants. | Case Number: C-03-4211 VRW<br><br>**STIPULATION AND ORDER RE: DISCOVERY REFEREE AND DISCOVERY CUT-OFF**<br><br>Hon. Vaughn R. Walker |

  WHEREAS, at the April 7, 2005 Case Management Conference, the court scheduled the Discovery Cutoff in this matter for February 28, 2006, and a Dispositive Motion hearing for April 27, 2006;

  WHEREAS, at the October 11, 2005 Case Management Conference, the court set a Further Case Management Conference for February 28, 2006, a Pretrial Conference for May 23, 2006 and a Trial Date for June 12, 2006;

---

STIPULATION AND ORDER RE: DISCOVERY REFEREE AND DISCOVERY CUT-OFF

4836-2984-7552.1            1

1  WHEREAS, Plaintiffs initiated a telephone conference with Judge Vaughn R. Walker on December 19, 2005 to resolve discovery disputes between them and Defendants;

WHEREAS, Plaintiffs initiated another telephone conference with Judge Walker on January 17, 2006 to resolve the discovery disputes between them and Defendants. During that telephone conference, Judge Walker indicated that the Court would continue the discovery cut-off and suggested that retired justice Alfred G. Chiantelli, of ADR Services, be appointed as discovery referee in order to resolve any and all discovery disputes between or among the parties.

ACCORDINGLY, the parties to this action, by and through their respective counsel, hereby stipulate and agree as follows:

(1) The Discovery Cutoff is continued from February 28, 2006 to April 28, 2006;

(2) Hon. Alfred G. Chiantelli is hereby appointed as special discovery master in order to resolve any and all discovery disputes between or among the parties to this action pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure;

(3) Hon. Chiantelli shall have authority to make recommendations to the Court regarding payment of expenses and sanctions, including but not limited to the special discovery master's fees and attorneys fees, pursuant to Rule 37(a)(4); and

(4) The parties request that the court reschedule the deadlines for expert disclosures, dispositive motion hearing, pretrial conference and trial date to comport with the continued discovery cutoff.

///
///
///
///
///
///

SO STIPULATED:

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

By: _____
Bruce D. M. Prescott
Daphne C. Lin
Madonna A. Herman

Attorneys for Plaintiffs JOHN M. MCKENZIE individually and as Stockholder Representative of the Contingent Payment Rights Under That Certain Agreement and Plan of Reorganization Dated as of May 16, 1997; TIMOTHY KADO and JANYCE KIPLINGER KADO, Trustees of the Timothy and Janyce Kiplinger Kado Family Trust under Trust Agreement Dated December 23, 1992; EUGENE W. ALBERT; and PHILIP L. GREGORY

LEWIS, BRISBOSI, BISGAARD & SMITH, LLP

By: _____
Michael K. Johnson
Attorney for Defendants SRC Holding Company, Inc. and Fresenius Medical Care North America

O'MELVENY & MYERS LLP

By: _____
A. Patricia Klemic
Attorney for Defendant, Fresenius Medical Care, A[...]

**ORDER**

**IT IS SO ORDERED.**

Dated: January 31, 2006

_____
HON. [VAUGHN R.] WALKER
JUDGE OF THE DISTRICT COURT

*GRANTED — Judge Vaughn R Walker — United States District Court Northern District of California*

---

STIPULATION AND ORDER RE: DISCOVERY REFEREE AND DISCOVERY CUT-OFF

4836-2984-7552.1                               3