IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M MCKENZIE, et al, | No   C 03-4211 VRW |
|     Plaintiffs, | ORDER |
|     v | |
| FRESENIUS MEDICAL CARE AG, et al, | |
|     Defendants. | |

Pursuant to FRCP 53(a)-(b), and per the stipulation of the parties, the court appointed Hon Alfred G Chiantelli as special discovery master in this matter on January 31, 2006.  Doc #99.  The court is in receipt of Judge Chiantelli's report and recommendations regarding (1) plaintiff's motion to compel further discovery requests and (2) allocation of the special master's fee among the parties.

//

//

//

Pursuant to FRCP 53(g), any objections to Judge Chiantelli's findings must be submitted on or before March 31, 2006. If no objection is timely filed, the court will adopt Judge Chiantelli's findings in their entirety and enter an order thereon.

SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge