IT IS SO ORDERED
[signature] Judge Vaughn R Walker

Bruce D. M. Prescott, Esq.   CSB#120980
Madonna A. Herman, Esq.   CSB#221747
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2201 Walnut Avenue, Suite 200
Fremont, CA 94538
Telephone:   (510) 790-0900
Facsimile:   (510) 790-4856

June 30, 2006

Attorneys for Plaintiffs JOHN M. MCKENZIE individually and as Stockholder Representative of the Contingent Payment Rights Under That Certain Agreement and Plan of Reorganization Dated as of May 16, 1997; TIMOTHY KADO and JANYCE KIPLINGER KADO, Trustees of the Timothy and Janyce Kiplinger Kado Family Trust under Trust Agreement Dated December 23, 1992; EUGENE W. ALBERT; and PHILIP L. GREGORY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN M. MCKENZIE; et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FRESENIUS MEDICAL CARE AG, et al., A German Corporation; and SRC HOLDING COMPANY, INC., a Delaware Corporation,<br><br>    Defendants. | Case No.   C-03-4211 VRW<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Vaughn R. Walker |

Pursuant to the Settlement Agreement and Mutual Release entered into by and between the parties to this action, it is hereby stipulated by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Federal Procedure 41(a)(1), each party bearing their own attorneys fees and costs.

STIPULATION OF DISMISSAL
1

| | | |
|---|---|---|
| 1 | Dated: June 22, 2006 | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP |

By: /s/ *signature*
Bruce D. M. Prescott
Madonna A. Herman
Attorneys for Plaintiffs JOHN M. MCKENZIE individually and as Stockholder Representative of the Contingent Payment Rights Under That Certain Agreement and Plan of Reorganization Dated as of May 16, 1997; TIMOTHY KADO and JANYCE KIPLINGER KADO, Trustees of the Timothy and Janyce Kiplinger Kado Family Trust under Trust Agreement Dated December 23, 1992; EUGENE W. ALBERT; and PHILIP L. GREGORY

Dated: June __, 2006                LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

By: _____
Michael K. Johnson
Attorneys for Defendants SRC HOLDING COMPANY and FRESENIUS MEDICAL CARE HOLDINGS, INC. dba FRESENIUS MEDICAL CARE NORTH AMERICA

Dated: June 22, 2006                O'MELVENY & MYERS LLP

By: /s/ *signature*
Claudia Ray
A. Patricia Klemic
Attorney for Defendant, FRESENIUS MEDICAL CARE AG & Co. KGaA

| | | |
|---|---|---|
| 1 | Dated: June __, 2006 | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____<br>Bruce D. M. Prescott |
| 5 | | Madonna A. Herman<br>Attorneys for Plaintiffs JOHN M. MCKENZIE |
| 6 | | individually and as Stockholder Representative of<br>the Contingent Payment Rights Under That |
| 7 | | Certain Agreement and Plan of Reorganization<br>Dated as of May 16, 1997; TIMOTHY KADO and |
| 8 | | JANYCE KIPLINGER KADO, Trustees of the<br>Timothy and Janyce Kiplinger Kado Family Trust |
| 9 | | under Trust Agreement Dated December 23, 1992;<br>EUGENE W. ALBERT; and PHILIP L. |
| 10 | | GREGORY |
| 11 | | |
| 12 | Dated: June 23, 2006 | LEWIS, BRISBOIS, BISGAARD & SMITH, LLP |
| 13 | | |
| 14 | | By: _____ |
| 15 | | Michael K. Johnson |
| 16 | | Attorneys for Defendants SRC HOLDING<br>COMPANY and FRESENIUS MEDICAL CARE |
| 17 | | HOLDINGS, INC. dba FRESENIUS MEDICAL<br>CARE NORTH AMERICA |
| 18 | | |
| 19 | Dated: June 22, 2006 | O'MELVENY & MYERS LLP |
| 20 | | |
| 21 | | By: _____ |
| 22 | | Claudia Ray<br>A. Patricia Klemic |
| 23 | | Attorney for Defendant, FRESENIUS MEDICAL<br>CARE AG & Co. KGaA |
| 24 | | |

**STIPULATION OF DISMISSAL**
2